# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CANTOR G&W (NEVADA) HOLDINGS, L.P., A DELAWARE LIMITED PARTNERSHIP; CANTOR G&W (NEVADA), L.P., A NEVADA LIMITED PARTNERSHIP; CF NOTES, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND CANTOR FITZGERALD, L.P., A DELAWARE LIMITED PARTNERSHIP,<br>Appellants,<br>vs.<br>JOSEPH M. ASHER, AN INDIVIDUAL; AND BRANDYWINE BOOKMAKING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>Respondents. | No. 74923<br><br>**FILED**<br><br>SEP 09 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mark R. Denton, District Judge
Jay Young, Settlement Judge
David Aaron Paul
Pisanelli Bice, PLLC
Michael Steven Popok
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk

20-33167